# CARTER LEDYARD & MILBURN LLP
*Counselors at Law*

**Melissa J. Erwin**
Counsel
•
*Direct Dial: 212-238-8622*
*E-mail: erwin@clm.com*

*2 Wall Street*
*New York, NY 10005-2072*
•
*Tel (212) 732-3200*
*Fax (212) 732-3232*

*570 Lexington Avenue*
*New York, NY 10022-6856*
*(212) 371-2720*

May 18, 2018

**VIA ECF**

The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
Thurgood Marshall Courthouse
40 Centre Street
New York, NY 10007

Re: *Wells Fargo Bank, N.A. v. Idima Imports Esports, Inc. and Cimtas Ningbo Steel Processing Co.*, No. 18-CV-3642

Dear Judge Furman:

This firm represents Defendant Cimtas Ningbo Steel Processing Co. ("Cimtas") in the above-referenced matter. I write to respectfully request an adjournment of Cimtas's time to answer or otherwise respond to Plaintiff's complaint up to and including June 21, 2018. The current deadline to answer or otherwise respond is May 22, 2018. This is Cimtas's first request for an adjournment. Plaintiff's counsel consents to the requested adjournment. The parties next scheduled appearance before the Court is the initial pretrial conference scheduled for July 17, 2018.

Respectfully submitted,

Melissa J. Erwin

cc: All counsel of record (via ECF)

MJE:MJE

8276104.1