Ernest Edward Badway, Esq.
FOX ROTHSCHILD LLP
101 Park Avenue, Suite 1700
New York, NY 10178
Tel: (212) 878-7986
Fax: (212) 692-0940

*Attorneys for plaintiff WELLS FARGO BANK, N.A.*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x

| | |
|---|---|
| WELLS FARGO BANK, N.A. | |
| Plaintiff, | Civil Action No.: 18-cv-03642-JMF |
| -against- | |
| IDIMA IMPORTS EXPORTS, INC. and CIMTAS NINGBO STEEL PROCESSING CO., | |
| Defendants. | |

-----------------------------------------------------------------x

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Wells Fargo Bank, N.A. ("Plaintiff") and Defendants Idima Imports Exports, Inc. and Cimtas Ningbo Steel Processing Co. ("Defendants") hereby stipulate, by and through their counsel, that, as a result of settlement, the claims asserted by the Plaintiff in the Complaint against Defendants shall be dismissed. Each party shall bear its own costs and attorneys' fees.

| FOX ROTHSCHILD LLP | CARTER LEDYARD & MILBURN |
|---|---|
| By: *[signature]* | By: *[signature]* |
| Ernest Edward Badway, Esq. | Melissa Jane Erwin, Esq. |
| 101 Park Avenue, Suite 1700 | 2 Wall Street |
| New York, New York 10178 | New York, New York 10005 |
| (212) 878-7900 | (212) 238-8622 |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |

ACTIVE\58433838.v1-6/20/18