USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  06/22/2018

Ernest Edward Badway, Esq.
FOX ROTHSCHILD LLP
101 Park Avenue, Suite 1700
New York, NY 10178
Tel: (212) 878-7986
Fax: (212) 692-0940

*Attorneys for plaintiff WELLS FARGO BANK, N.A.*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x

|  |  |
|---|---|
| WELLS FARGO BANK, N.A. | : |
| | : Civil Action No.: 18-cv-03642-JMF |
| Plaintiff, | : |
| | : |
| -against- | : |
| | : |
| IDIMA IMPORTS EXPORTS, INC. and | : |
| CIMTAS NINGBO STEEL PROCESSING CO., | : |
| | : |
| Defendants. | : |

-------------------------------------------------------------x

### STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Wells

Fargo Bank, N.A. ("Plaintiff") and Defendants Idima Imports Exports, Inc. and Cimtas Ningbo

Steel Processing Co. ("Defendants") hereby stipulate, by and through their counsel, that, as a

result of settlement, the claims asserted by the Plaintiff in the Complaint against Defendants shall

be dismissed.  Each party shall bear its own costs and attorneys' fees.

**FOX ROTHSCHILD LLP**

By:_____
   Ernest Edward Badway, Esq.
   101 Park Avenue, Suite 1700
   New York, New York 10178
   (212) 878-7900
   *Attorneys for Plaintiff*

**CARTER LEDYARD & MILBURN**

By:_____
   Melissa Jane Erwin, Esq.
   2 Wall Street
   New York, New York 10005
   (212) 238-8622
   *Attorneys for Defendants*

SO ORDERED.

ACTIVE\58433838.v1-6/20/18

_____
Jesse M. Furman
United States District Judge

June 22, 2018